IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Motion to correct papers on appeal granted; papers and omitted exhibit to be

inserted in the proper place in the record, the expense thereof to be borne by respondent. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.